**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RYAN LEE WEGELE                                    CASE NO.  3:15-cv-1061-J-34JBT
v.
JUAN LUYANDO

Counsel for Plaintiff:                              Counsel for Defendant:
Gordon Fenderson                                    Paul Daragjati
                                                    Phil Vogelsang

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles          Court Reporter: Cindy Packevicz Jarriel

**CLERK'S MINUTES**

PROCEEDINGS OF: FINAL PRETRIAL CONFERENCE

Defendant Luyando's Second Motion in Limine (Dkt. No. 70) is **GRANTED**, without objection from Plaintiff.

Defendant Luyando's Motion in Limine (Dkt. No. 59) is **GRANTED, in part, and TAKEN UNDER ADVISEMENT, in part,** as stated on the record.

No later than **August 3, 2017**, the parties shall file a joint notice advising the Court of whether they wish to waive a trial by jury and proceed with a bench trial.

The parties anticipate **2 DAYS** for trial.

Defendant seeks protection from trial August 11, 2017 through August 21, 2017.

Juror note taking will be permitted.  The Court will instruct the jury prior to closing arguments.  The jury will be permitted to ask questions.

The parties consent to the Magistrate Judge selecting the jury.

The parties intend to invoke the rule at the beginning of jury selection.

**Order Scheduling Trial to enter.**

DATE: July 24, 2017        TIME: 10:06 a.m. - 11:06 a.m.        TOTAL: 1 Hour