IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RYAN LEE WEGELE,

    Plaintiff,

CASE NO.: 3:15-cv-01061-MMH-JBT

vs.

JUAN LUYANDO, individually,
CITY OF JACKSONVILLE,
R.G. BLALOCK,
individually, JACKSONVILLE
BEACH POLICE DEPARTMENT,

    Defendants.
_____ /

## NOTICE OF LIMITED APPEARANCE

COMES NOW, the undersigned attorney, and gives notice that the General Counsel for the Fraternal Order of Police will be additional council for Defendant, **Juan Luyando**, for the limited purpose of trial. Representation shall terminate at the conclusion of the August 2017 trial. The Office of the General Counsel for the Fraternal Order of Police respectfully requests that it be copied with all pleadings, notices, and correspondence in this cause.

                                             **OFFICE OF THE GENERAL COUNSEL**
                                             **FRATERNAL ORDER OF POLICE**

                                             _/s/ Phillip M. Vogelsang_____
                                             Phillip M. Vogelsang
                                             Fl. Bar No.: 0042771
                                             5530 Beach Blvd.
                                             Jacksonville, Fl. 32207
                                             (904) 398-7010 *telephone*
                                             (904) 398-7192 *facsimile*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first class mail to the following non-CM/ECF participants: N/A.

*/s/ Phillip M. Vogelsang*

Phillip M. Vogelsang