**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RYAN LEE WEGELE,

      Plaintiff,

vs.                                 Case No.  3:15-cv-1061-J-34JBT

JUAN LUYANDO,

         Defendant.

_____/

## ORDER SCHEDULING TRIAL

    1.    As consented to by the parties, jury selection shall commence on **Monday, August 28, 2017, at 9:00 a.m.** before the Honorable Joel B. Toomey, United States Magistrate Judge, in the United States Courthouse, Courtroom No. 5A, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.  Trial shall commence with opening statements on **Tuesday, August 29, 2017, at 9:00 a.m.** before the undersigned in Courtroom No. 10B, Tenth Floor.

    2.    Each party shall file the following with the Clerk of the Court: proposed **Jury Instructions**, and proposed **Voir Dire**, as well as a proposed **Verdict Form**, no later than **August 21, 2017**, if not already filed.  Copies shall be served on all other parties, and two (2) copies marked **"Judge's courtesy copy"** of each shall be provided directly to Judge Howard's Chambers, Suite 11-350.

    **NOTE:**    Please e-mail your proposed jury instructions to Judge Howard's chambers e-mail account:  chambers_flmd_howard@flmd.uscourts.gov.

3.      Final witness lists and exhibit lists shall be filed **no later than the close of business on August 21, 2017**.  All exhibits are to be pre-marked in accordance with the attached instructions.  M.D. Fla. Rule 3.07.  An extra copy of the exhibits must be provided to the Court.

4.      Any demonstrative exhibits which either party plans to use at trial shall be shown to opposing counsel no later than 72 hours prior to trial.

5.      Counsel, parties and witnesses appearing in Court shall dress appropriately.

6.      Counsel are directed to notify the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of their case by calling Jodi Wiles, Courtroom Deputy, at 904-301-6750.

7.      Throughout the course of the trial, counsel for the parties are permitted to enter the courthouse with one cellular telephone and one laptop computer or other electronic device per side.  Counsel is further **GRANTED** permission to use their equipment[1] within the courthouse facilities.  The individuals must present valid picture identification, upon request, to the Court Security Officers assigned to this facility.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of August, 2017.

MARCIA MORALES HOWARD
United States District Judge

_____

[1]Cell phones must be turned off while in the courtroom.

-2-

ja

Copies to:

Counsel of Record
Court Security Officers
Jury Administrator

Attachments:

Civil Jury Trial Procedures
Court's Instructions to Counsel Re: Jury Selection (Civil)
Instructions Regarding the Pre-Marking of Exhibits