IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF FLORIDA JACKSONVILLE
DIVISION

RYAN LEE WEGELE,

     Plaintiff,

v.

                                    Case No.: 3:15-CV-1061-J-34JBT

JUAN LUYANDO,

     Defendants.

**NOTICE OF FILING**

**COMES NOW,** Plaintiff, Ryan Wegele, and and states:

Plaintiff files Final and Exhibit and Witness list for trial.

Dated: August 21, 2017

                              Respectfully Submitted,

                               /s/ Gordon Fenderson_____
                             Gordon Fenderson, Esquire
                             Trial Counsel
                             Florida Bar No. 0759201
                             8160 Baymeadows Way West, Suite 100
                             Jacksonville, Florida 32256
                             Tel. (904) 674 0007 Fax (904) 674 0070
                             Primary E-Mail: gfenderson@fendersonlaw.com
                             Secondary E-Mail: attorneys@fendersonlaw.com
                             Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will transmit Notice of Electronic Filing to counsel of Record.

/s/ Gordon Fenderson____
Attorney