AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **FLORIDA**

WEGELE
V.
LUYANDO

**EXHIBIT AND WITNESS LIST**

Case Number: 3:15-CV-1061-J-34JBT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Marcia Moralaes Howard | Gordon Fenderson | Paul Daragjati |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| August 29 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/29/2018 | 1 | | Video of incident |
| 2 | | 8/29/2018 | 2 | | Police reports resulting from the incidents involved |
| 3 | | 8/29/2018 | 3 | | Pictures of Ryan Wegele's injuries after the incident |
| | | | | | |
| 1 | | | | | Ryan Wegele- Plaintiff |
| 2 | | | | | Juan Luyando- Defendant |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages