

# DEFENDANT'S FINAL EXHIBIT LIST

___ PLAINTIFF      _X_ DEFENDANT      ___ JOINT

___ GOVERNMENT ___ COURT

CASE NO.    _3:15-cv-1061—MMH-JBT_
STYLE:      _RYAN L. WEGELE v. JUAN LUYANDO, ET AL._

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | BLALOCK | A | ARREST & BOOKING REPORT DRAFTED BY R.G. BLALOCK |
| 2 | | | WEGELE/ CUSTODIAN OF RECORDS | A | WEGELE BOOKING PHOTO |
| 3 | | | WEGELE/ CUSTODIAN OF RECORDS | A | JAIL MEDICAL RECORDS |
| 4 | | | LUYANDO/ CUSTODIAN OF RECORDS | A | VIDEO OF INCIDENT IN QUESTION |
| 5 | | | WEGELE/ CUSTODIAN OF RECORDS | A | WEGELE JUDGEMENT & SENTENCE FOR BATTERY |
| 6 | | | WEGELE/ CUSTODIAN OF RECORDS | A | WEGELE JUDGMENT & SENTENCE FOR POSSESSION OF DRUG PARAPHERNALIA |
| 7 | | | WEGELE/ CUSTODIAN OF RECORDS | A | SHAND'S REFUSAL OF CARE AGAINST MEDICAL ADVICE |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.