## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**RYAN LEE WEGELE,**

      **Plaintiff,**

    3:15-cv-1061—MMH-JBT

**v.**

**JUAN LUYANDO, individually,**
**CITY OF JACKSONVILLE,**
**R.G. BLALOCK, individually,**
**JACKSONVILLE BEACH**
**POLICE DEPARTMENT,**

      **Defendants.**
_____

### DEFENDANT'S FINAL WITNESS LIST

Defendant JUAN LUYANDO submits his witness list as follows:

1. R.G. Blalock, Jacksonville Beach Police Department, c/o Bell & Roper, P.A., 2707 East Jefferson Street, Orlando, FL 32803

2. Ryan L. Wegele, c/o Fenderson Law Firm, LLC, 8160 Baymeadows Way West, Suite 100, Jacksonville, FL 32256

3. Juan Luyando, c/o Klausner, Kaufman, Jensen & Levinson, P.A., 7080 N.W. 4th Street, Plantation, FL 33317, phone (954) 916-1202

Respectfully submitted this Monday, August 21, 2017.

PAUL A. DARAGJATI
Florida Bar No. 713813
paul@robertdklausner.com
KLAUSNER KAUFMAN
JENSEN & LEVINSON
7080 N.W. 4th Street
Plantation, Florida 33317
Telephone:   (954) 916-1202
Fax:         (954) 916-1232


By:   */s/  Paul A. Daragjati*
      PAUL A. DARAGJATI

And

PHILLIP M. VOGELSANG
Florida Bar No.: 0042771
pvogelsang@fop530.com
OFFICE OF THE GENERAL COUNSEL
FRATERNAL ORDER OF POLICE
5530 Beach Blvd.
Jacksonville, Fl. 32207
Telephone;   (904) 398-7010
Fax:         (904) 398-7192


By:   */s/ Phillip M. Vogelsang*
      PHILLIP M. VOGELSANG


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Monday, August 21, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.


By:   */s/  Paul A. Daragjati*
      PAUL A. DARAGJATI