# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**RAY LEE WEGELE,**

        **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　Case No. 3:15-cv-1061-J-34JBT

**JUAN LUYANDO,**

        **Defendant.**

---

| **Counsel for Plaintiff:** | Gordon Fenderson, Esquire |
| | Douglas Shanteau, Esquire |
| **Counsel for Defendant:** | Paul A. Daragjati, Esquire |
| | Phillip M. Vogelsang, Esquire |

---

| **JUDGE** | Joel B. Toomey<br>U.S. Magistrate Judge | **DATE AND TIME** | 8/28/2017<br>9:54 a.m. - 10:00 a.m. |
|---|---|---|---|
| **DEPUTY CLERK** | Tracee Perrotti | **TAPE/REPORTER** | Sherri Burns, Cornerstone Litigation |

---

CLERK'S MINUTES

**PROCEEDINGS:**　　　　　　**JURY SELECTION**

Plaintiff is not present.

Plaintiff's oral motion for a continuance of the jury trial, with objection by defense counsel, is **TAKEN UNDER ADVISEMENT.**

Defendant's oral motion for sanctions is **TAKEN UNDER ADVISEMENT.**

The attorneys are directed to see Judge Howard for a further hearing on the above motions tomorrow at 10:00 a.m. in Courtroom 10D.  Plaintiff is required to be present but Defendant is not.

**Order to enter.**