**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RYAN LEE WEGELE,

    Plaintiff,

v.                                          Case No.   3:15-cv-1061-J-34JBT

JUAN LUYANDO,

    Defendant.

## O R D E R

**THIS CAUSE** came before the Court on August 29, 2017, for a hearing to address Plaintiff's failure to appear at jury selection on August 28, 2017.  For the reasons stated on the record during the hearing, it is hereby

**ORDERED:**

1. Plaintiff is **DIRECTED** to pay **$1,100.00** into the registry of the Court as a sanction for his failure to appear for trial.  Plaintiff consents to this sanction.  The sanction must be satisfied no later than **October 30, 2017**.  The check/money order shall be made payable to the Clerk, U.S. District Court and may be mailed to 300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202, or paid in person at the Clerk's Office on the Ninth Floor.

2. Once payment is made in full, counsel for Plaintiff shall file a notice of satisfaction of sanction.  No further action will be taken in this case until such time as the sanction is satisfied.

3. Plaintiff's oral motion for a continuance of the jury trial (Dkt. No. 88) is **GRANTED**. The trial will be reset by further Order upon the satisfaction of the sanction.

4. Defendant's oral motion for sanctions (Dkt. No. 89) is **DENIED as MOOT**.

5. Defendant's Motion to Dismiss and Memorandum of Law in Support of His Motion for Sanctions (Dkt. No. 90) is **DENIED without prejudice**. If the sanction is not satisfied, Defendant may file a renewed motion seeking dismissal of this matter.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of August, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Finance
Jury Administrator