**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RYAN LEE WEGELE,

    Plaintiff,

v.                                            Case No.   3:15-cv-1061-J-34JBT

JUAN LUYANDO,

    Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court sua sponte.  On August 29, 2017, this Court entered an Order directing Plaintiff to pay $1,100.00 into the registry of the Court no later than October 30, 2017, as a sanction for his failure to appear for trial.  See Order (Dkt. No. 92).  The parties were advised that no further action would be taken in this case until the sanction was satisfied, and that if it was not satisfied, Defendant may file a renewed motion seeking dismissal of this matter.  See id.  As of this date, Plaintiff has failed to satisfy the sanction, and a motion seeking dismissal of this matter has not been filed.  Accordingly, it is hereby

    **ORDERED:**

    No later than **February 6, 2018**, the parties shall file a notice advising the Court of the status of this matter.

    **DONE AND ORDERED** in Jacksonville, Florida this 23rd day of January, 2018.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

- 2 -

ja

Copies to:

Counsel of Record